IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-10496
Summary Calendar
_____

DEBRA L. JOY,

                                                Plaintiff-Appellant,

versus

LARRY G. MASSANARI, COMISSIONER
OF SOCIAL SECURITY,

                                                Defendant-Appellee.

_____

Appeal from the United States District Court for
the Northern District of Texas
(USDC No. 1:00-CV-109-C)
_____

September 27, 2001

Before REAVLEY, HIGGINBOTHAM and WIENER, Circuit Judges.

REAVLEY, Circuit Judge:*

        Claimant-appellant Debra L. Joy appeals the denial of her application for

Social Security disability benefits.  We review findings of the Social Security

        *Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Commissioner for substantial evidence.  *See Martinez v. Chater*, 64 F.3d 172, 173 (5th Cir. 1995).  The evaluations provided by occupational therapist Thibault, as well as doctors Daggubati, Westwick, Follender and Steele, provide substantial evidence to support the ALJ's finding that Joy was not disabled.

AFFIRMED.